DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAPG LAND, LLC,**
Appellant,

v.

**C. BRUCE PEARSON, OLSON LAND PARTNERS, LLC,** and
**KT BOYNTON TROPICAL, LLC,**
Appellees.

No. 4D21-918

[February 24, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2020-CA-1043-XXXX-MB.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Matthew R. Chait and Michael A. Munoz of Shutts & Bowen LLP, West Palm Beach, for appellant.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, and Ronald M. Gaché and Scott A. Simon of Logs Legal Group LLP, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***